# MASSENA LAW P.C.

305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(P) 212-766-1700 ♦ (F) 212-766-1701

June 27, 2013

The Honorable Thomas P. Griesa
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
JUL 08 2013
CHAMBERS OF
JUDGE GRIESA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-13

Re: **USA V. Tejas Mehta**
**1:2012-CR-00728**

Dear Honorable Griesa;

  Greetings. This application is submitted to your Honor to request that the name on the bail assignment form be modified. Mr. Mehta is to surrender himself to FCI Schuylkill Satellite Camp facility on July 1, 2013. Mr. Mehta had paid his bail himself, and the fact that he will be surrendering himself renders him unable to receive the bail refund on this matter. For that reason, we have enclosed a notarized letter by Mr. Mehta authorizing Deepak Sheth to receive the bail refund on his behalf.

Respectfully submitted,

Alain V. Massena, Esq.

DAVID NG
Notary Public, State of New York
No. 31-4944435
Qualified in New York County
Commission Expires November 21, 20__

**SO ORDERED**

United States District Judge

7-10-13

FEDERAL COURT OF THE CITY OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------X
UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK              Indictment No.:
                                           1:2012-CR-00728

                                           **BAIL ASSIGNMENT**
                                           **OF CASH BAIL**
            -against-

**TEJAS MEHTA**
                        **Defendant**
-----------------------------------------------------------------------X

          Tejas Mehta, being duly sworn, deposes and says:

1:      I currently reside at 20126 Markward Crossing, Estero, FL 33928, and I am the Defendant under Indictment Number 2012-CR-00728, which case is presently pending in the United States Federal Court, Southern District of New York.

2.      On or about September 5, 2012, I posted bail in the amount of $ 10,000.00 dollars as the Defendant. I am to surrender on July 1, 2013 to the Bureau of Prisons and therefore, will be unable to retrieve the bail in this case.

3.      For and in consideration to the fact that I myself, will be unable to retrieve the bail under Indictment Number 2012-CR-00728, I hereby assigned bond bail to Deepak Sheth, 73 Waterside Close, Eastchester, NY 10709, to collect the same on my behalf and treat in any fashion as he sees fit.

                                                _____
                                                Tejas Mehta

**STATE OF NEW YORK**          )
                               Ss)
**COUNTY OF NEW YORK**         )

          On this 27th day of June 2013, before me a Notary Public in and for the State of New York, personally appeared Tejas Mehta, known to be the individual described in the foregoing Assignment of bond Bail, and who executed the foregoing assignment of bond bail and acknowledged that she executed the same.

                                                **Notary Public**

          DAVID NG
     Notary Public, State of New York
            No. 31-4944435
       Qualified in New York County
    Commission Expires November 21, 2015